**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MOSHE GLICK,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE N. STEPHENS, II, et al.,<br><br>Defendants. | Civil Action No. 25-16268 (SDW) (AME)<br><br>**ORDER**<br><br>January 22, 2026 |

**WIGENTON, District Judge.**

**THIS MATTER** having come before this Court upon Plaintiff Moshe Glick ("Plaintiff") filing a complaint against Defendants Theodore N. Stephens, II, Logan Teisch, Roger Imhof, and Alexander B. Albu ("Defendants") on October 6, 2025, and Plaintiff having failed to serve Defendants,

**IT IS**, on this 22nd day of January 2026,

**ORDERED** that this matter be **CLOSED.**

**SO ORDERED.**

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
André M. Espinosa, U.S.M.J.